UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, | ) |
| | ) CASE NO. C11-1787-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DISMISSING CASE WITH |
| JOHN J. JUHL, | ) PREJUDICE |
| | ) |
| Defendant. | ) |
| | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED with prejudice;

(3) Plaintiff's application for leave to proceed in forma pauperis is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

ORDER DISMISSING CASE WITH PREJUDICE
PAGE -1

01        DATED this 24th day of February, 2012.

                                            *Marsha J. Pechman* (signature)
                                            _____
                                            Marsha J. Pechman
                                            United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE
PAGE -2