UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL FRANCIS MOYNIHAN,    )
                             )   CASE NO. C11-1787-MJP
    Plaintiff,               )
                             )
    v.                       )
                             )   ORDER DISMISSING CASE WITH
JOHN J. JUHL,                )   PREJUDICE
                             )
    Defendant.               )
_____)

    The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The complaint and this action are DISMISSED with prejudice;

    (3)    Plaintiff's application for leave to proceed in forma pauperis is DENIED as moot; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

ORDER DISMISSING CASE WITH PREJUDICE
PAGE -1

01  DATED this 24th day of February, 2012.

								_____
								Marsha J. Pechman
								United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE
PAGE -2